IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15 CV 69

| | |
|---|---|
| DANA P. BRIGHAM and PATRICIA M. BRIGHAM,  )<br>)<br>Plaintiffs )<br>)<br>v )<br>)<br>PATLA, STRAUS, ROBINSON & MOORE, )<br>P.A., STEVEN I. GOLDSTEIN and )<br>ROBERT A. FREEMAN, III, )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the undersigned pursuant to an Order (#45) transferring this matter to the United States District Court for the Western District of North Carolina. The undersigned has examined the file in this matter and it appears an Answer or other responsive pleading has not been filed by Defendants pending the resolution of motions filed by Defendants to dismiss for lack of personal jurisdiction, improper venue and failure to state a claim, and alternative motion to transfer venue (#17). Upon the Court's own motion the Defendants will be allowed up to and including May 1, 2015 to file Answer or other responsive pleading to the Plaintiffs' Amended Complaint.

1

# ORDER

**IT IS, THEREFORE**, **ORDERED** that Defendants will be **ALLOWED** up to and including **May 1, 2015** to file Answer or other responsive pleading to the Amended Complaint of the Plaintiffs.

Signed: April 10, 2015

Dennis L. Howell
United States Magistrate Judge