# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| DANA P. BRIGHAM and PATRICIA M. BRIGHAM, | ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 1:15-cv-00069-MR-DLH |
| vs. | ) ) | |
| PATLA, STRAUS, ROBINSON & MOORE, P.A., et al, Defendant(s). | ) ) ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 23, 2016 Order.

February 23, 2016

_____
Frank G. Johns, Clerk
United States District Court